MICROWAVE ASSOCIATES, INC. *vs.* ANTENNA SYSTEMS, INC. January 7, 1965. Exceptions overruled. In support of the plaintiff's motion under G. L. c. 231, § 59 (as amended through St. 1955, c. 674, § 1), for immediate entry of judgment there was filed an instrument signed by one Bothwell stating that he had been "duly sworn" and deposing to facts adequate to establish the plaintiff's case. The instrument was attested by the certificate of a notary that Bothwell appeared and "stated that he ha[d] read the foregoing affidavit . . . and that the facts stated . . . are true to his own knowledge." No counter affidavit was before the trial judge who allowed the motion. The instrument was a sufficient affidavit under § 59 and, read as a whole, adequately established that Bothwell had sworn to the truth of the facts stated. See *Murphy, petitioner,* 321 Mass. 206, 213; *Carroll Hunnewell, Inc.* v. *Southboro Constr. Corp.* 343 Mass. 667, 669. Cf. *Cook Borden & Co. Inc.* v. *Commonwealth,* 293 Mass. 174, 179–181 (jurat attached to mechanic's lien claim not signed by notary public).
*James P. Lynch, Jr.,* for the plaintiff.

CITY OF BOSTON *vs.* FLORENCE T. DEVENEY & another. January 7, 1965. Appeal dismissed. This is the second frivolous appeal in this case. See 347 Mass. 773. There exists no error of law apparent on the record or any other ground for which an appeal is authorized by G. L. c. 231, § 96. This is a palpable play for time. Double costs are to be assessed under G. L. c. 211, § 10.
*Morris Anapolsky,* for the defendants, submitted a brief.
No argument or brief for the plaintiff.

AGNES F. DAVIS & others[1] *vs.* BRUCE CAMPBELL & another (and a companion case[2]). January 27, 1965. Exceptions overruled. On any rational view of the evidence, which we need not detail, relating to a collision involving three motor vehicles, it cannot be said that the plaintiffs' injuries were caused by the negligence of any person other than the defendant Alexander, against whom judgments have been entered. The judge was right in entering verdicts for the defendant Campbell under leave reserved.
*Louis Goldstein* (*Abraham Newman* with him) for the plaintiffs.
*Thomas R. Morse, Jr.* (*Philander S. Ratzkoff* with him) for the defendant Campbell.